### STATE OF CONNECTICUT *v.* RONALD COTTON

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 923 (AC 15734), is denied.

*Michael L. Moskowitz,* special public defender, in support of the petition.

*Michael E. O'Hare,* deputy assistant state's attorney, in opposition.

Decided September 18, 1997

### ALFRED W. ACKER, JR., ET AL. *v.* ROMMERRO H. FARRAH ET AL.

The defendants Rommerro H. Farrah and Lisa Farrah's petition for certification for appeal from the Appellate Court, 45 Conn. App. 917 (AC 15752), is denied.

*Joel M. Ellis,* in support of the petition.

*John K. Currie,* in opposition.

Decided September 18, 1997

### ROBERT DELBUONO, TRUSTEE, ET AL. *v.* BROWN BOAT WORKS, INC.

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 524 (AC 15774), is denied.

*William F. Gallagher* and *Cynthia C. Bott,* in support of the petition.

*Thomas P. Weldy,* in opposition.

Decided September 18, 1997